JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ZADRO PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEIT ELECTRIC COMPANY, INC., <br><br> Defendant. | Case No.: 8:20-cv-00101-JVS-DFM <br><br> Judge James V. Selna <br><br> **ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulated Dismissal with Prejudice (Dkt. No. 122) and finding good cause, hereby ORDERS:

Pursuant to the terms of a settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned case is dismissed in its entirety, with prejudice. Further, each party shall be responsible for its own costs and attorneys' fees related to this case.

**IT IS SO ORDERED.**

Dated: February 23, 2021

_____
Honorable James V. Selna
United States District Judge